Louis A. Seitz and Frederick Marshall, as Executors, etc., Plaintiffs, v. Philip Faversham and Another, Appellants, Impleaded with Others, Defendants.— Motion granted to the extent of making the costs of the

appeal of the respondent legatee payable out of the personal property of the estate, and the costs of the executors and the infants chargeable against the real estate. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ. Order to be settled before Mr. Justice Carr.